In the Matter of GREYSTONE HOLDING CORPORATION, Appellant, against JOSEPH J. LENNOX, as Commissioner of Assessment and Taxation of the Tax District Comprised of the City of Yonkers, et al., Respondents.— No opinion. Present — Nolan, P. J., Carswell, Johnston, Sneed and MacCrate, JJ. [197 Misc. 463.]

In the Matter of VILLAGE OF PORT CHESTER, Respondent. JOSEPH TUNICK & SONS, INC., Appellant, et al., Defendants.— No opinion. Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur.

SOL KASS et al., Respondents, v. RALPH KAPLAN et al., Appellants.— No opinion. Nolan, P. J., Carswell, Johnston and MacCrate, JJ., concur; Sneed, J., dissents and votes to reverse the judgment and to dismiss the complaint, upon the ground that the judgment improperly extends, by implication, a restrictive covenant to the fifteen-foot parcel which was never subject thereto. (See *Kitching* v. *Brown*, 180 N. Y. 414, 427.)

ARTHUR LANE, Individually and as Guardian ad Litem for BARBARA J. LANE, an Infant, Respondents, v. HENRY SOCHACKI et al., Defendants, and TOWN OF HEMPSTEAD et al., Appellants.— No opinion. Carswell, Acting P. J., Sneed and MacCrate, JJ., concur; Adel and Wenzel, JJ., dissent and vote to reverse the order and to deny the motion, with the following memorandum: The papers fail to include competent or sufficient evidence to warrant granting the application or to excuse the delay in making it. (See *Kenney* v. *South Shore Natural Gas & Fuel Co.,* 126 App. Div. 236.)

PIC KWIK PHOTO SERVICE, INC., for Itself and for the Benefit of All Other Parties Engaged in the Business of Photograph Finishing in the Counties of Nassau, Kings, Queens, and Suffolk, Appellant, v. UNITED PHOTOGRAPHIC EMPLOYEES UNION, C. I. O., LOCAL 415, et al., Respondents.— No opinion. Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur. [See *post,* p. 666.]